UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACALYN PARROTT,

    Plaintiff,                                         Hon. Janet T. Neff

v.                                                 Case No. 1:18-CV-654

OMNICELL, INC.,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

    This matter is before the Court on Defendant's Motion to Dismiss. (ECF No. 5). Pursuant to 28 U.S.C. § 636(b)(1)(B), the undersigned recommends that Defendants' motion be **granted** and this action **terminated**.

    Plaintiff initiated this action in state court after which Defendant removed the matter to this Court. (ECF No. 1). On June 15, 2018, Defendant moved to dismiss Plaintiff's complaint for failure to state a claim on which relief may be granted. (ECF No. 5). Plaintiff was required to respond to Defendant's motion "within twenty-eight (28) days after service of the motion." W.D. Mich. LCivR 7.2(c). Defendant's motion was served on Plaintiff on June 15, 2018. (ECF No. 5 at PageID.17; ECF No. 6 at PageID.24). Plaintiff has failed to respond to Defendant's motion.

    While Plaintiff is representing herself, pro se litigants are "still required to follow the rules of civil procedure and easily-understood Court deadlines." *Ciavone v. McKee*, 2009 WL 2959737 at *6 (W.D. Mich., Sept. 10, 2009). Failure by a plaintiff to respond to a motion to dismiss constitutes a forfeiture of the claims to which the motion is addressed. *See Notredan, L.L.C. v. Old Republic Exchange Facilitator Co.*, 531 Fed. Appx. 567, 569 (6th Cir., July 29, 2013) (failure to

respond to an argument that a claim is subject to dismissal "amounts to a forfeiture of [such] claim"). Likewise, opposition to a motion to dismiss is waived, and dismissal appropriate, where the plaintiff fails to respond thereto.  *See Humphrey v. United States Attorney General's Office*, 279 Fed. Appx. 328, 331 (6th Cir., May 15, 2008) ("if a plaintiff fails to respond or otherwise oppose a defendant's motion, then the district court may deem the plaintiff to have waived opposition to the motion"); *Allen v. NCL America LLC*, - - - Fed. Appx. - - -, 2018 WL 3359206 at *3 (6th Cir., July 10, 2018) (by failing to respond to motion to dismiss, plaintiff waived opposition thereto); *Moody v. CitiMortgage, Inc.*, 32 F.Supp.3d 869, 875 (W.D. Mich. 2014) ("[a] plaintiff must oppose a defendant's motion to dismiss or otherwise respond or he waives opposition to the motion"); *Thorn v. Medtronic Sofamor Danek, USA, Inc.*, 81 F.Supp.3d 619, 631 (W.D. Mich. 2015) (same).

## CONCLUSION

For the reasons articulated herein, the undersigned recommends that Defendant's Motion to Dismiss, (ECF No. 5), be **granted** and this action **terminated**.

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within fourteen (14) days of the date of service of this notice.  28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time waives the right to appeal the District Court's order. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir.1981).

Respectfully submitted,

Dated: August 9, 2018      /s/ Ellen S. Carmody
ELLEN S. CARMODY
U.S. Magistrate Judge