UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACALYN PARROTT,

    Plaintiff,

v.

OMNICELL, INC.,

    Defendant.

_____/

Case No. 1:18-cv-654

HON. JANET T. NEFF

## ORDER

This is a civil action involving a *pro se* litigant. Defendant filed a motion to dismiss. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on August 9, 2018, recommending that this Court grant the motion and that this action be terminated. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 7) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion to Dismiss (ECF No. 5) is GRANTED.

A Judgment will be entered consistent with this Order.


Dated: August 29, 2018                      /s/ Janet T. Neff
                                                      JANET T. NEFF
                                                      United States District Judge